Kirsten R. Allen, # 15082
Tanner J. Bean, # 17128
FabianVanCott
215 S. State Street, Suite 1200
Salt Lake City, UT 84111-2323
Telephone: (801) 531-8900
Fax: (801) 323-2225
kallen@fabianvancott.com
tbean@fabianvancott.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PRINCE SAFRI,<br><br>        Plaintiff,<br><br>v.<br><br>SIKOTARMAA LLC, COMFORT INN, and RAKESH PATEL,<br><br>        Defendants. | **JOINT NOTICE OF SETTLEMENT**<br><br>Case No. 1:21-cv-00128-DAK-DAO<br><br>Judge Dale A. Kimball<br>Magistrate Judge Daphne A. Oberg |
| SIKOTARMAA LLC, and RAKESH PATEL,<br><br>        Counterclaim Plaintiff,<br><br>v.<br><br>PRINCE SAFRI,<br><br>        Counterclaim Defendant. | |

Plaintiff Prince Safri and Defendants Sikotarmaa LLC, Comfort Inn, and Rakesh Patel, by and through the undersigned counsel, hereby notify the Court that

the Parties have resolved the claims set forth within Plaintiff's Complaint and Defendants Sikotarmaa LLC's and Rakesh Patel's Counterclaim.

DATED this 11th day of July, 2022.

/s/ Tanner J. Bean
Kirsten R. Allen
Tanner J. Bean
FABIAN VANCOTT
*Attorneys for Defendants*

/s/ Gregory Brent Smith (with permission)
Gregory Brent Smith
GREG SMITH AND ASSOCIATES
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2022, I caused a true and correct copy of the foregoing to be served on the persons stated below via the Court's e-filing system:

Gregory Brent Smith
GREG SMITH AND ASSOCIATES
111 East 5600 South #105
Murray, UT 84107
gs@justiceinutahnow.com
*Attorney for Plaintiff*

                                              */s/ Tanner J. Bean*

4882-8711-2482, v. 1