Kirsten R. Allen, # 15082
Tanner J. Bean, # 17128
FabianVanCott
215 S. State Street, Suite 1200
Salt Lake City, UT 84111-2323
Telephone: (801) 531-8900
Fax: (801) 323-2225
kallen@fabianvancott.com
tbean@fabianvancott.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PRINCE SAFRI,<br><br>  Plaintiff,<br><br>v.<br><br>SIKOTARMAA LLC, COMFORT INN, and RAKESH PATEL,<br><br>  Defendants. | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:21-cv-00128-DAK-DAO<br><br>Judge Dale A. Kimball<br>Magistrate Judge Daphne A. Oberg |
| SIKOTARMAA LLC, and RAKESH PATEL,<br><br>  Counterclaim Plaintiff,<br><br>v.<br><br>PRINCE SAFRI,<br><br>  Counterclaim Defendant. | |

  Based upon the parties' Joint Stipulation of Dismissal with Prejudice, IT IS

HEREBY ORDERED that the stipulated dismissal is granted. Both Plaintiff's

claims and Counterclaim Plaintiff's counterclaims are DISMISSED with prejudice, each party to bear their own costs and attorney fees except as otherwise provided in the stipulation.

DATED this 12th day of July, 2022.

                                              Dale A. Kimball
                                              U.S. District Judge

**APPROVED AS TO FORM:**

*/s/ Tanner J. Bean*
Kirsten R. Allen
Tanner J. Bean
FABIAN VANCOTT
*Attorneys for Defendants*

*/s/ Gregory Brent Smith (with permission)*
Gregory Brent Smith
GREG SMITH AND ASSOCIATES
*Attorney for Plaintiff*